# Hatch Law

Ryan E. Hatch
Hatch Law PC
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066
Phone: 310-279-5076 | Fax: 310-693-5328 | Email : ryan@hatchlaw.com

November 18, 2025

> Application GRANTED. Plaintiff's deadline to file its response to Defendant's motion to dismiss, ECF No. 16, is hereby extended to **December 2, 2025**. Defendant shall file any reply by **December 16, 2025**.
>
> The Clerk of Court is directed to terminate ECF Nos. 25 and 26.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: November 18, 2025

**Via CM/ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Actian Corporation v. SS&C Technologies, Inc.*,
      No. 1:25-cv-08352-JHR

Dear Judge Rearden:

We represent Plaintiff Actian Corporation ("Plaintiff") in connection with the above-captioned action (the "Action"). We write to respectfully request, pursuant to Rule 2.E. of Your Honor's Individual Rules, an extension of time to respond to Defendant SS&C Technologies, Inc.'s ("Defendant's") Motion to Dismiss. Actian files this corrected letter brief to include the agreed extension for SS&C to file its Reply, which was inadvertently omitted from the original letter.

This case arises from a dispute between Actian, an established software developer and perennial leader in the highly technical field of data intelligence and database management, and its former software distributor, SS&C. Plaintiff initially filed suit in the Northern District of California and Defendant moved to dismiss on the ground that it was not subject to personal jurisdiction in California. In an effort to expedite the case, Actian offered to voluntarily dismiss the Northern District of California action and to refile the case in SS&C's preferred venue—the Southern District of New York. While Defendant considered Actian's offer, the court in the Northern District of California ruled on the pending motion to dismiss, finding a lack of personal jurisdiction but inviting Actian to amend its complaint. Rather than amend, Actian voluntarily dismissed the California action and refiled in this Court where there is no dispute that jurisdiction and venue are proper.

Actian filed the Action on October 9, 2025. On November 5, 2025, Defendant moved to dismiss the Action on new bases including collateral estoppel and its purported compliance with the parties' expired distribution agreement. Actian's opposition to Defendant's motion is currently due Wednesday, **November 19, 2025**. Defendant's reply is due two weeks later.

Page 2

Actian requests a two-week extension because it intends to oppose Defendant's motion to dismiss and to contest the assertions of fact contained therein. To oppose SS&C's motion, counsel for Actian needs to coordinate with Actian personnel that are currently traveling internationally with limited access to the Internet, phone, or email. In addition, counsel for Actian has experienced travel conflicts.

Counsel for the parties conferred on this issue by email beginning on November 12, 2025 (see Exhibit A filed herewith). On November 14, the parties entered a stipulation to seek an extension of Actian's deadline to oppose Defendant's motion to dismiss by two weeks until **December 2, 2025** and for SS&C to file their Reply no more than two weeks after the date Actian files their Response (see Exhibit B (Joint Stipulation) and exhibit C (Proposed Order)).

The original deadline for Actian's Response is Wednesday, **November 19, 2025** and for SS&C's Reply is **November 26, 2025**. *See* Individual Rule 2.E(1). The revised deadline for Actian's Response is **December 2, 2025** and the revised deadline for SS&C's Reply is no more than two weeks after the date Actian files their Response. This is Plaintiff's first request for an extension in the Action. *See* Individual Rule 2.E(2). Accordingly no previous requests were granted or denied. *See* Individual Rule 2.E(3). The reasons for the extension are set forth above. *See* Individual Rule 2.E(4). Defendant consents to the extension. *See* Individual Rule 2.E(5); Exhibits A-C. The requested extension does not affect any other scheduled dates. *See* Individual Rule 2.E(6). The parties are next scheduled to appear before the Court by video for the Initial Pretrial Conference on February 20, 2026 at 10:00 AM. *See* Dkt. No. 13; *See* Individual Rule 2.E(6).

Dated: November 18, 2025                Respectfully submitted,

*/s/ Ryan E. Hatch*
Ryan E. Hatch

JENNA F. KARADBIL (SBN 213574)
jenna@jfk-lawyer.com
**LAW OFFICE OF JENNA F. KARADBIL, PC**
375 Greenwich Street, Suite 812
New York, NY 10013
Tel: 646-527-7323
Fax: 866-289-5775

ALAN SEGE (CA Bar No. 177350)
**ALAN SEGE ESQ., PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066

Page 3

> Telephone: (310) 957-3301
> alan@alansege.com
>
> RYAN E. HATCH
> ryan@hatchlaw.com
> California Bar No. 235577
> **HATCH LAW, PC**
> 13323 W. Washington Blvd., Ste. 302
> Los Angeles, CA 90066
> Tel: (310) 279-5076
> Fax: (310) 693-5328
>
> *Counsel for Plaintiff Actian Corporation*

Enclosures

cc: All Counsel of Record (via ECF)